# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| RUDY ACIO, | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 21-00053 JMS-KJM |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| MOANA SURFRIDER WESTIN RESORT AND SPA, | March 18, 2021<br>At 3 o'clock and 45 min p.m.<br>MICHELLE RYNNE, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice, pursuant to the "Order Dismissing Action" ECF 5, filed March 18, 2021.

| | |
|---|---|
| March 18, 2021 | MICHELLE RYNNE |
| Date | Clerk |
| | /s/ Michelle Rynne by J.O. |
| | (By) Deputy Clerk |