# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| RUDY ACIO, | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 21-00053 JMS-KJM |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| KYO-YA OHANA, LLC, | April 18, 2022 |
| Defendant(s). | At 1 o'clock and 20 min p.m.<br>PAM HARTMAN BEYER, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

On April 18, 2022, the Court issued its Order, ECF No. 42: "ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, ECF NO. 35" ("April 18, 2022 Order"),

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of Defendant Kyo-ya Ohana, LLC pursuant to and in accordance with the April 18, 2022 Order.



| April 18, 2022 | PAM HARTMAN BEYER |
|---|---|
| Date | Clerk |
| | /s/ PAM HARTMAN BEYER by J.O. |
| | (By) Deputy Clerk |